## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION LAW |
| Plaintiff(s) | NO. 22-cv-03686 |
| v. | |
| ROOF GURUS, INC., GUTTER GURUS, INC. GURUS HOLDINGS, LLC, AND DONALD LIPINSKI | |
| Defendant(s) | |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the respective Parties who have appeared that, pursuant to Federal Rules of Civil Procedure 41 all of Plaintiff Scottsdale Insurance Company's claims are voluntarily dismissed with each Party to bear his or its own attorneys' fees and costs.

**SALTZ NALIBOTSKY**

By: */s/ Albert M. Saltz*
    Albert M. Saltz, Attorney ID 51497

101 Lindenwood Drive; Suite 225
Malvern, PA 19355
Tel: (484) 318-7225
asaltz@S-Nlaw.com

**GOLDBERG SEGALLA LLP**

By: */s/ Michael A. Hamilton*
    Michael A. Hamilton, Attorney ID 71266
    Sean P. Hvisdas, Attorney ID 317987
    Mailing Address:
    P.O. Box 360, Buffalo, NY 14201
    1700 Market Street, Suite 1418
    Philadelphia, PA 19103-3907
    Tel: (267) 519-6800
    mhamilton@goldbergsegalla.com
    shvisdas@goldbergsegalla.com

Dated: March 7, 2023

Dated: **March 7, 2023**

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**